UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CORINNE MISSIONARY BAPTIST CHURCH** | **CIVIL ACTION NO: 23-CV-680** |
| **VERSUS** | **JUDGE DARREL JAMES PAPILLION** |
| **INDEPENDENT SPECIALTY INSURANCE COMPANY** | **MAGISTRATE JUDGE JANIS VAN MEERVELD** |

## ORDER AND REASONS

Before the Court is a Motion to Compel Arbitration and Stay Litigation filed by Defendant Independent Specialty Insurance Company ("Defendant"). R. Doc. 14. Local Civil Rule 7.5 of the Eastern District of Louisiana responses to motions to be filed eight days prior to the noticed submission date. Despite this rule, Plaintiff Corinne Missionary Baptist Church ("Plaintiff") did not file a memorandum in opposition to Defendant's motion, which was set for submission on June 7, 2023. R. Doc. 14-6. Accordingly, because Defendant's motion is unopposed, and further, it appearing to the Court that the motion has merit,[1]

**IT IS ORDERED** Defendant's Motion to Compel Arbitration and to Stay or, Alternatively, Dismiss the Proceedings (Record Document 14) is **GRANTED**. This matter is **STAYED** until a final resolution of the arbitration proceedings has been rendered, and the Court, upon written motions of the parties, finds it appropriate to vacate the stay.

New Orleans, Louisiana this 18th day of December 2023.

---

[1] The claims at issue in this matter are encompassed by the parties' arbitration agreement which broadly provides "[a]ll matters in dispute between [the parties] in relation to this Insurance . . . shall be referred to an Arbitration Tribunal." R. Doc. 14-3 at 1. Moreover, Plaintiff does not offer, nor is the Court aware, of anything that would disallow arbitration in this case. *See, e.g., 711 Tchoupitoulas Condo. Ass'n, Inc. v. Indep. Spec. Ins. Co.*, 22-CV-276 (E.D. La.), R. Doc. 49.

_____
**DARREL JAMES PAPILLION
UNITED STATES DISTRICT JUDGE**